1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

    v.

THOMAS W. BURNS, et al.,

        Defendant(s).

_____/

NO. 2:07- cv-0884 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 20, 2007.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: July 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE